```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

    -against-

HUAI WENG,
WEIFA ZHANG, and
XIANGGAN HE,

                  Defendants.

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Sentencing for Defendants is set for October 17, 2023, at 10:00 a.m. in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Dkt. Entries 6/15/2023; ECF No. 70. By **October 3, 2023**, Defendants shall file their sentencing submissions. By **October 10, 2023**, the Government shall file its sentencing submissions.

    SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge