USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

UNITED STATES OF AMERICA

        -against-

HUAI WENG

        Defendant.

------------------------------------------------------------

Travel Order
22 Cr. 125(AT)

PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for the Southern District of New York shall obtain a one-way airline ticket for the transportation of the defendant Huai Weng from Austin, Texas to New York City on July 20, 2023 in order to surrender to the Marshals on July 21, 2023.

SO ORDERED.

Dated: July 18, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge