Case 1:22-cr-00125-AT   Document 81   Filed 07/19/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

UNITED STATES OF AMERICA

        -against-

HUAI WENG

           Defendant.

---------------------------------------------------------

Travel Order

22 Cr. 125(AT)

PURSUANT to 18 U.S.C. section 4285 the U.S. Marshals Service for the Southern District of New York shall obtain a one-way airline ticket for the transportation of the defendant Huai Weng from San Antonio, Texas to New York City on July 20, 2023 or July 21, 2023 in order to surrender to the U.S. Marshals on July 21, 2023. It is preferable that the flight take place on July 20th.

SO ORDERED. This order amends and supersedes the Court's July 18, 2023 order at ECF No. 80.

Dated: July 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge