USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2023_

**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF & Email

July 21, 2023

Honorable Analisa Torres
United States District Court Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

  Re: *United States v. Huai Weng*,
    22 Cr. 125 (AT)

Dear Judge Torres:

  The Court issued an order that my client, Huai Weng must surrender today at Noon. The order sets forth if Mr. Weng fails to surrender by that time a warrant will issue for his arrest. The Marshal Service provided a ticket to Mr. Weng in order that he travel from San Antonio to New York. The ticket was for a flight leaving San Antonio a 6:00 A.M. CST and arriving at LaGuardia at 12:35 P.M. Since Mr. Weng will not be able to surrender at Noon I request that Your Honor extension the surrender time to 3:00 P.M. taking ground travel and possible delays into consideration.

  Thank you for your consideration of this request.

                Respectfully yours,
                /s/
                Thomas F.X. Dunn

Cc: Cecilia E. Vogel, Esq.
  Assistant U.S. Attorney
  (by ECF & email)

  GRANTED.

  SO ORDERED.

  Dated: July 21, 2023
     New York, New York

                _____
                ANALISA TORRES
                United States District Judge