USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/02/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

HUAI WENG and WEIFA ZHANG,

Defendants.

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing for Defendants Huai Weng and Weifa Zhang, scheduled for October 17, 2023, is ADJOURNED to **November 28, 2023**, at **2:00 p.m.**

      By **November 14, 2023**, Defendants Weng and Zhang shall file their respective sentencing submissions. By **November 21, 2023**, the Government shall file its sentencing submissions.

      SO ORDERED.

Dated: October 2, 2023
       New York, New York

ANALISA TORRES
United States District Judge