**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/24/2023
```

BY ECF

October 23, 2023

Honorable Annalisa Torres
United States District Court Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007

Re: *United States v. Huai Weng,*
22 Cr. 125 (AT)

Dear Judge Torres:

    I represent Huai Weng pursuant to the Criminal Justice Act. I write to request that Your Honor issue an order to approve the translation of the pre-sentence report for Mr. Weng. I seek advanced authorization since the cost of the translation will exceed the $900 statutory limit.

    Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

DENIED. Pre-authorization requests must be made through the eVoucher system.

SO ORDERED.

Dated: October 24, 2023
      New York, New York

ANALISA TORRES
United States District Judge