USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/04/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

HUAI WENG,

                  Defendant.

22 Cr. 125-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Pursuant to the Court's order dated October 23, 2023, Defendant's sentencing submission was due by January 2, 2024. *See* ECF No. 103. That submission is now overdue.

    By **January 5, 2024**, at **12:00 p.m.**, Defendant shall file his sentencing submission and a letter explaining the delay.

    SO ORDERED.

Dated: January 4, 2024
       New York, New York

ANALISA TORRES
United States District Judge