**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/05/2024

By ECF & email

January 5, 2024

Honorable Analisa Torres
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *United States v. Huai Weng*,

Dear Judge Torres:

    I failed to submit my sentencing memorandum by January 2nd. I have been engaged in a trial this week before the Honorable Andrew L. Carter, Jr. I have no excuse for this failure. I had time to prepare the submission, since this week the trial entailed summations and deliberations. As of this writing deliberations continue. I failed to see the Court's email extending the time to submit the memorandum to January 3. I apologize for not submitting the memorandum timely and for my failure to request an extension.

    I request leave to file my submission by 9:00 A.M. on Monday January 8th.

    I have reached out to the government and will advise Your Honor concerning this request.

    Thank you for your consideration of this request.

                                              Respectfully yours,
                                                    /s/
                                                  Thomas F.X. Dunn

GRANTED.

SO ORDERED.

Dated: January 5, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge